## GRAFTON'S PETITION.

Upon the discontinuance of a highway, the original petitioners are chargeable only for such costs as are occasioned by their opposition to the discontinuance.

PETITION of the town of Grafton for the discontinuance of a highway.

Doe *v.* Thompson.

The Road Commissioners reported in favor of the discontinuance, and their report was accepted.

*Sargent,* in behalf of the town, moved for the allowance of the whole costs of the proceedings, including the charges of the Road Commissioners and of the hearing before them, against the original petitioners, on whose application the road was laid out, and who, upon the notice ordered by the Court, had appeared and resisted the petition.

The motion was opposed by *Kittridge,* for the original petitioners.

BELL, J.  The questions arising in this case were settled in the case of Hampstead's petition, Rockingham, December term, 1849.  The original petitioners are chargeable only with the costs arising from their interference.  All costs, which must be incurred whether there is an appearance to oppose the petition or not, must be borne by the town.